CRAIG THOR KIMMEL +-^
ROBERT M. SILVERMAN +*-

# KIMMEL & SILVERMAN
P.C.

TIMOTHY J. ABEEL, JR.+*
AMY L. BENNECOFF -*⊕µ¢
W. CHRISTOPHER COMPONOVO x#
FRED DAVIS+*-∞»
JOSEPH L. GENTILCORE+
JACQUELINE C. HERRITT+*⊞-○
CHRISTOPHER J. KELLEHER+*-
TARA L. PATTERSON+
ROBERT A. RAPKIN+
CHRISTINA GILL ROSEMAN+♣§○
RICHARD A. SCHOLER+*
ANGELA K. TROCCOLI+⊡±
ALFRED J. TUMOLO III+*

+ *Member, PA Bar*
* *Member, NJ Bar*
x *Member, DE Bar*
- *Member, NY Bar*
^ *Member, MA Bar*
# *Member, MD Bar*
♣ *Member, OH Bar*
§ *Member, MI Bar*
⊡ *Member, NH Bar*
± *Member, CT Bar*
« *Member, TN Bar*
µ *Member, WY Bar*
¥ *Member, DC Bar*
¢ *Member, CA Bar*
○ *Member WI Bar*
» *Member TX Bar*
∞ *Certified by the New Jersey Supreme Court as a Civil Trial Attorney*

www.CREDITLAW.com

(800)-NOT-FAIR

**CORPORATE HEADQUARTERS**
30 E. Butler Pike, Ambler, PA 19002
Toll Free (800)-668-3247
Fax (877) 788-2864

**DELAWARE**, 501 Silverside Road, Suite 118, Wilmington, DE 19809, (302) 791-9373
**NEW ENGLAND**, 136 Main Street, Suite 301, Danielson, CT 06239, (860) 866-4380
**NEW JERSEY**, Executive Quarters, 1930 E. Marlton Pike, Suite Q29, Cherry Hill, NJ 08003, (856) 429-8334
**NEW YORK**, 1001 Avenue of the Americas, 12th Floor, New York, NY 10018, (212) 719-7543
**W. NEW YORK**, 1207 Delaware Avenue, Suite 440, Buffalo, NY 14209, (716) 332-6112
**W. PENNSYLVANIA**, 210 Grant Street, Suite 202, Pittsburgh, PA 15219, (412) 566-1001

**Please reply to CORPORATE HEADQUARTERS**

September 19, 2012

Honorable Sylvia H. Rambo
United States District Court
    Middle District of Pennsylvania
Federal Building & U.S. Courthouse
228 Walnut Street, P.O. Box 983
Harrisburg, PA 17108

    Re:    Carolyn Thomas v. Jacob Collection Group, LLC
            Civil Action No. 1:12-cv-1063

Dear Judge Rambo:

    I am writing to advise that the parties have reached a settlement in the above-captioned matter. Plaintiff will be filing a stipulation of dismissal within the next ten (10) days.

    Additionally, the parties respectfully request that the scheduling conference scheduled in the above-captioned matter for September 25, 2012, at 9:30 a.m. be adjourned as a settlement has been reached in this case.

    Thank you for your attention to this matter.

                      Sincerely,

                      */s/ Craig Thor Kimmel*

                      CRAIG THOR KIMMEL

cc:    Richard J. Perr, Counsel for Defendant
        Mark J. Armbruster, Deputy Clerk of Court

*"When Debt Collectors called you, they never expected you to call us"*

© Copyright 2009-2012 All Rights Reserved, Kimmel & Silverman, P.C.