IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CAROLYN THOMAS,** | : | **CIVIL NO. 1:CV-12-1063** |
| **Plaintiff** | : | |
| v. | : | |
| **JACOB COLLECTION GROUP, LLC,** | : | |
| **Defendant** | : | |

**O R D E R**

Counsel having reported to the court that this action has been settled, **IT IS HEREBY ORDERED THAT** this action is dismissed without costs and without prejudice to the right, upon good cause shown, to reinstate the action within sixty (60) days if the settlement is not consummated.  This court retains jurisdiction for purposes of enforcing the settlement agreement.  The September 25, 2012 case management conference is canceled.

    s/Sylvia H. Rambo
    United States District Judge

Dated:  September 20, 2012.